**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **GEORGE LOVELESS and MARTHA LOVELESS, Husband and Wife; JIMMY RICE; and DAVID WALTERS AND BETTY WALTERS, Husband and Wife** | **PLAINTIFFS** |
| v.   **CASE NO. 4:04-CV-972 GTE** | |
| **ASHLAND, INC.; CHEMCENTRAL CORPORATION; HUNTSMAN PETROCHEMICAL CORPORATION as Successor in Interest to Texaco Chemical Company; KERR-MCGEE REFINING CORPORATION; SHELL CHEMICAL, L.P.; SHELL OIL COMPANY; TEXACO, INC.; THE SHERWIN WILLIAMS COMPANY; UNION OIL COMPANY OF CALIFORNIA, UNION CHEMICALS DIVISION** | **DEFENDANTS** |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action be, and it is hereby, DISMISSED WITH PREJUDICE. The Court retains complete jurisdiction for thirty days to vacate this order and to reopen this action if it is satisfactorily shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 23rd day of August, 2006.

                                                       _/s/ Garnett Thomas Eisele_____
                                                       UNITED STATES DISTRICT JUDGE